IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GARY D. HAMMOND,

    Plaintiff,

vs.

    Civil Action 2:09-CV-51
    Judge Sargus
    Magistrate Judge King

JAN ALLEN BAUGHMAN,

    Defendant.

## ORDER

On January 21, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed under 28 U.S.C. §1915(e) for failure to state a claim upon which relief can be granted. The plaintiff was specifically advised of his right to object to the *Report and Recommendation* and of the consequences of his failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action hereby **DISMISSED** under 28 U.S.C. §1915(e).

**The Clerk shall enter FINAL JUDGMENT.**

2-19-2009
Date

Edmund A. Sargus, Jr.
United States District Judge