AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GARY D. HAMMOND,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**JAN ALLEN BAUGHMAN,**     CASE NO. C2-09-051
                                     JUDGE EDMUND A. SARGUS, JR.
    **Defendant.**              MAGISTRATE JUDGE NORAH MCCANN KING

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed February 19, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: February 19, 2009                       JAMES BONINI, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk